**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| JARIN RAMOS ACOSTA | CIVIL ACTION NO. 26-2782 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN CENTRAL LOUISIANA ICE PROCESSING CENTER, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff Jarin Ramos Acosta's Petition (Record Document 1) is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 15th day of October, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE